IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID J. AUMANN,

                    Plaintiff,

    v.

GARY HAMBLIN, EDWARD F. WALL,
WARDEN TEGALS, MS. JAMES, MS. EDER,
S. HOLMES, A. SETTER, MS. NAIVISE,
FRISK, DOBBERT, JOHNSON,
DR. LEWENDOWSKI, DR. HEINZL,
OFFICER JANE DOE and
OFFICER JOHN DOE, etal.,

                    Defendants.

ORDER

13-cv-478-bbc

---

      Plaintiff David Aumann, a prisoner at the Stanley Correctional Institution in Stanley Wisconsin, has submitted a proposed complaint. He has paid the $400 filing fee. Nevertheless, because he is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A.

      Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

      Entered this 26th day of July, 2013.

                                            BY THE COURT:

                                            /s/
                                          PETER OPPENEER
                                          Magistrate Judge