IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID J. AUMANN,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                     13-cv-478-bbc

GARY HAMBLIN, EDWARD F. WALL,
WARDEN TEGALS, MS. JAMES, MS. EDER,
A. SETTER, MS. NAIVISE, FRISK, R.N.,
DOBBERT R.N., JOHNSON, R.N.,
DR. LEWENDOWSKI,
DR. HEINZL and STACEY HOLMES,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Gary Hamblin, Edward Wall, Warden Tegals, Ms. James, Ms. Eder. A. Setter, M. Naivise, Nurse Frisk, Nurse Dobbert, Nurse Johnson, Dr. Lewendowski and Dr. Heinzl; and

    (2) granting Stacey Holmes's motion for summary judgment for plaintiff David J. Auman's failure to exhaust his administrative remedies and dismissing this case without prejudice.

    /s/                                                                                     8/5/2014

Peter Oppeneer, Clerk of Court                                  Date